## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pocono Mountain School District,   :
             Petitioner   :
                           :
           v.   :
                           :
Jeffrey Kojeszewski (Workers'   :
Compensation Appeal Board),   :      No. 1002 C.D. 2021
             Respondent   :

## **O R D E R**

AND NOW, this 7th day of July, 2022, it is hereby ordered that the above-captioned opinion filed on April 21, 2022, shall be designated **OPINION,** rather than **MEMORANDUM OPINION,** and it shall be reported.

_____
CHRISTINE FIZZANO CANNON, Judge